Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of loosely twisted ropelike material the same in all material respects as that the subject of *General Twine Corp.* v. *United States* (42 Cust. Ct. 121, C.D. 2075), the claim of the plaintiffs was sustained.

No. 64063.—General Twine Corporation et al. *v.* United States, protests 59/18826, etc. (Galveston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of loosely twisted ropelike material the same in all material respects as that the subject of *General Twine Corp.* v. *United States* (42 Cust. Ct. 121, C.D. 2075), the claim of the plaintiffs was sustained.

No. 64064.—Horrockses (U.S.A.), Inc. *v.* United States, protest 59/19858 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64065.—Horrockses (U.S.A.), Inc. *v.* United States, protest 59/20208 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64066.—Home Lines Agency, Inc. *v.* United States, protest 59/20617 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64067.—Horrockses (U.S.A.), Inc. *v.* United States, protest 59/21093 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64068.—Horrockses (U.S.A.), Inc. *v.* United States, protest 59/21094 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64069.—Ford Motor Company *v.* United States, protest 59/18782 (New York).